# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: Tina McCutchen, <br><br> Debtor. <br> _____ <br><br> Tina McCutchen, <br><br> Plaintiff, <br><br> v. <br><br> Highlands Medical Center, <br><br> Defendant. | Case No.: 20-81538-CRJ-13 <br><br> Chapter 13 <br><br><br><br><br><br><br><br> Adversary Proceeding No.: 21-80062-CRJ |

## DEFENDANT'S ANSWER

COMES NOW the Jackson County Health Care Authority (the "**Defendant**") and files this Answer to the Complaint of Tina McCutchen (the "**Plaintiff**"), as follows:

1. Defendant admits that it is a governmental entity organized and existing under the laws of the State of Alabama. Defendant admits that it regularly and systematically conducts business in the State of Alabama. Defendant lacks information to respond to other allegations in Paragraph 1 of the Complaint.

2. Admitted.

3. Defendant admits it had notice of the Plaintiff's bankruptcy filing. Defendant further admits that its collection agent filed a proof of claim on its behalf in the Plaintiff's bankruptcy case. All other allegations are denied.

4. Denied.

5. Defendant admits that this is a Core Preceding under the Bankruptcy Code and that this Court has jurisdiction over this adversary proceeding. This paragraph contains no other factual averments requiring an affirmative response from the Defendant.

6. This paragraph contains no factual averments requiring an affirmative response from the Defendant. Prior averments are denied to the extent not previously admitted.

7. Admitted.

8. Defendant admits it had notice of the Plaintiff's bankruptcy filing.

9. Defendant admits that pursuant to 11 U.S.C. § 362 an automatic stay come into place upon the filing of a bankruptcy case. Defendant states that the statute speaks for itself. All other factual averments are denied.

10. Defendant admits that it reported a debt owed by the Plaintiff to the State of Alabama and its agencies, including the Alabama Department of Revenue ("**ADOR**"). Defendant is a public entity and part of the Jackson County government. Defendant avers that a public healthcare authority reporting on its debts to the State of Alabama and its agencies does not violate 11 U.S.C. § 362(a)(6), as alleged by the Plaintiff.

Defendant did not and cannot seize funds owed to the Plaintiff as such powers are reserved to the State of Alabama. ADOR is not a party to this adversary proceeding. Defendant cannot speak to whether 11 U.S.C. § 362(b)(26) and other laws apply to any actions taken by ADOR.

11. This paragraph contains no factual averments requiring an affirmative response from the Defendant.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

## AFFIRMATIVE DEFENSES

1. Defendant pleads failure to state a claim upon which relief may be granted.

2. Defendant pleads failure to join a necessary party.

3. Defendant pleads estoppel.

4. Defendant pleads unclean hands.

5. Defendant pleads satisfaction and accord.

6. Defendant pleads laches.

7. Defendant pleads recoupment.

8. Defendant pleads waiver.

9. Defendant pleads discharge.

10. Defendant pleads unjust enrichment.

11. Defendant pleads lack of agency.

12. Defendant pleads release.

13. Defendant reserves the right to amend this Answer at any time for any reason as allowed under Rule 7015 of the Federal Rules of Bankruptcy Procedures.

WHEREFORE, premises considered, Defendant requests that this Honorable Court enter and Order: (i) finding that the Plaintiff is not entitled to any of the relief sought in this matter; and (ii) granting such further relief as this Court deems just and proper.

Respectfully submitted this the 20th day of August, 2021.

 */s/ Tazewell T. Shepard IV*
Tazewell T. Shepard, IV (SHE 112)
Attorney for Highlands Medical Center

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of August, 2021, I have served a copy of this pleading through the Court's electronic filing system upon John C. Larsen, Attorney for the Plaintiff, 1733 Winchester Road, Huntsville, AL 35811.

                                                */s/ Tazewell T. Shepard IV*
                                                Tazewell T. Shepard, IV