# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: Tina McCutchen, | Case No.: 20-81538-CRJ-13 |
| Debtor. | Chapter 13 |
| Tina McCutchen, | |
| Plaintiff, | |
| v. | Adversary Proceeding No.: 21-80062-CRJ |
| Highlands Medical Center, | |
| Defendant. | |

## DEFENDANT'S SUPPLEMENT TO ANSWER

COMES NOW the Jackson County Health Care Authority (the "**Defendant**") and files this supplement to its Answer to the Complaint of Tina McCutchen (the "**Plaintiff**"), to state as follows:

1. At a hearing on September 13, 2021, this Court requested Defendant supplement its pleading to answer the following two questions:

    a. Did Defendant report Plaintiff's medical debt to the Alabama Department of Revenue before or after the debtor's petition date?

    b. Did Defendant receive seized or set-off funds from the Alabama Department of Revenue?

2. Defendant answers these questions as follows:

    a. Each October, Defendant reports on the status of its patient accounts to the Association of County Commissions of Alabama. In this case, Defendant's

reporting on the Plaintiff's occurred after the debtor's petition date. Defendant understands that the Association of County Commissions of Alabama, in turn, reported the debt to the Alabama Department Revenue.

b. Defendant understands that the Alabama Department of Revenue automatically froze and then released Plaintiff's 2021 tax refund. Upon becoming aware of this controversy, Defendant preemptively refunded any potential set-off funds to Plaintiff.

Respectfully submitted this the 24th day of September, 2021.

    */s/ Tazewell T. Shepard IV*
Tazewell T. Shepard, IV (SHE 112)
*Attorney for Highlands Medical Center*
**SPARKMAN, SHEPARD P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of September, 2021, I have served a copy of this pleading through the Court's electronic filing system upon John C. Larsen, Attorney for the Plaintiff, 1733 Winchester Road, Huntsville, AL 35811.

    */s/ Tazewell T. Shepard IV*
Tazewell T. Shepard, IV